# ELECTRONIC RECORD

640-15

COA # 04-14-00352-CR     OFFENSE: MURDER

STYLE: JOHN GONZALES III V. THE STATE OF TEXAS     COUNTY: BEXAR

COA DISPOSITION: AFFIRMED     TRIAL COURT: 386TH DISTRICT COURT

DATE: 05/06/15     Publish: YES     TC CASE #: 2013CR7917

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: JOHN GONZALES III V. THE STATE OF TEXAS     CCA #: 640-15

APPELLANT'S Petition FOR DISCRETIONARY REVIEW IN CCA IS: Refused

DATE: July 29, 2015

JUDGE: PC; Newell J. not participating

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

---------------------------

_____ MOTION FOR REHEARING IN CCA IS: _____

JUDGE: _____